UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

RICHMOND, VIRGINIA

| | |
|---|---|
| IN THE MATTER OF: | |
| WEST VIRGINIA CWP FUND, as carrier for PINNACLE MINING COMPANY, LLC, | |
| Petitioner/Responsible Operator, | Fourth Circuit No.:   14-1632 |
| v. | |
| PATRICIA SHRADER, | |
| Respondent/Claimant, | |
| and | |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, | |
| Party-in-Interest. | |

## WEST VIRGINIA CWP FUND'S, AS CARRIER FOR PINNACLE MINING COMPANY, LLC, MOTION TO HOLD CLAIM IN ABEYANCE PENDING RESOLUTION OF *HOBET MINING, LLC V. CARL EPLING*

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 12(d) of the United States Court of Appeals for the Fourth Circuit, the West Virginia CWP Fund, as carrier for Pinnacle Mining Company, LLC (the "Fund"), the Petitioner in the above-captioned claim arising under Black Lung Benefits Act, 30 U.S.C.

§§ 901-945 respectfully moves to hold this case in abeyance pending the outcome of *Hobet Mining, LLC v. Carl Epling,* Fourth Cir. No. 13-1738, a case which concerns the common legal issues regarding whether the limitations for rebutting the fifteen-year presumption of total disability due to pneumoconiosis under 30 U.S.C. § 921(c)(4) of the Black Lung Benefits Act ("BLBA"), as amended by the Patient Protection and Affordable Care Act ("ACA"), Pub. L. No. 111-148, § 1556(a), 124 Stat. 119 (Mar. 23, 2010), are applicable to the responsible operators. As grounds for this motion, the Fund states as follows:

1. By amending 30 U.S.C. § 921(c)(4) of the BLBA, § 1556(a) of the ACA reinstated the rebuttable presumption of total disability due to pneumoconiosis where a miner has fifteen years of qualifying coal mine employment and a totally disabling respiratory or pulmonary impairment.

2. Mrs. Shrader filed her claim for benefits on February 2, 2005. ALJ Jeffrey Tureck denied benefits on September 27, 2007, and the Benefits Review Board ("Board") affirmed that decision on September 22, 2008.

3. Mrs. Shrader filed a Request for Modification on February 23, 2009. The case was reassigned to ALJ Kenneth Krantz, who granted Claimant's request for modification and awarded benefits on April 7, 2011. The Fund appealed to the Board, which affirmed in part and vacated in part, ALJ Krantz's decision and remanded the case back the Office of Administrative Law Judges.

4. On February 5, 2013, ALJ Krantz issued an Order on Remand Awarding Benefits. The Fund appealed to the Board. On January 31, 2014, the Board affirmed the ALJ's decision awarding benefits. The Fund filed a petition for reconsideration with the Board on March 4, 2014. The Board denied reconsideration by Order dated April 28, 2014. The Fund then timely appealed to this Court on June 26, 2014.

5. An issue in this case is whether the limitations on the methods for rebutting the fifteen-year presumption of total disability due to pneumoconiosis in 30 U.S.C. § 921(c)(4) of the BLBA, as amended by the ACA, Pub. L. No. 111-148, § 1556(a) (Mar. 23, 2010), are applicable to responsible operators.

6. The legal argument Petitioner will present is that the BLBA provides that the Secretary may only rebut the fifteen-year presumption by either of two methods: (1) proving that the miner does not or did not have pneumoconiosis; or (2) proving that the miner's respiratory or pulmonary impairment did not arise out of, or in connection with, coal mine employment. *See* 30 U.S.C. § 921(c)(4), as amended. In *Usery v. Turner Elkhorn Mining Co.*, 428 U.S. 1, 34-35 (1976), the Supreme Court of the United States interpreted § 921(c)(4) and held that the two specified methods of rebutting the presumption apply only to the Secretary and not to operators based on the plain language of the statute. Consequently, the "rule out" standard, which arises from the limitations on rebuttal evidence in § 921(c)(4)

(*see Rose v. Clinchfield Coal Co.*, 614 F.2d 936 (4th Cir. 1980)), should not apply in cases filed against responsible operators. Moreover, 20 C.F.R. § 718.305 (2013), the regulation promulgated pursuant to § 921(c)(4), is contrary to the unambiguous statutory language because it applies the limitations for rebutting the fifteen-year presumption to operators as well as the Secretary.

7. These issues and arguments are also presented in *Hobet Mining LLC v. Carl Epling*, Fourth Cir. No. 13-1738.

8. The Local Rules permit a case to be held in abeyance "pending disposition of matters before this Court . . . which may affect the ultimate resolution of an appeal." *See* Local Rule 12(d). This Court has previously held cases in abeyance pending decisions by other appeals of this Court involving related or identical issues. *See, e.g.*, *United States v. Dequasie*, 373 F.3d 509, 516 (4th Cir. 2004); *Triplett v. Brotherhood of Railway, Airline and Steamship Clerks, Freight Handlers, Express and Station Employees, Local Lodge No. 308*, 801 F.2d 700, 701 n.1 (4th Cir. 1986).

9. Mrs. Shrader would not be prejudiced by the granting of this motion, as she is receiving interim benefits pursuant to 20 C.F.R. § 725.522.

10. In compliance with Local Rule 27(a), counsel for Mrs. Shrader and the Director were advised of this motion and indicated that they have no objection.

For these reasons, the Fund respectfully moves to hold this case in abeyance pending the outcome of *Hobet Mining, LLC v. Carl Epling,* Fourth Cir. No. 13-1738.

        Respectfully Submitted,

**WEST VIRGINIA CWP FUND, as carrier for PINNACLE MINING COMPANY, LLC,**

By Counsel.

_____
Kathy L. Snyder
WV Bar No. 5995
Kevin T. Gillen
WV Bar No. 11673
Jackson Kelly PLLC
P.O. Box 619
Morgantown, WV  26507
(304) 284-4100

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of **West Virginia CWP Fund's, as carrier for Pinnacle Mining Company, LLC, Motion to Hold Claim in Abeyance Pending Resolution of** *Hobet Mining, LLC v. Carl Epling*, was served upon the following by electronic filing on this **17th** day of July, 2014.

**ELECTRONIC**:

Patricia S. Connor
U. S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA  23219-3517

Emily Goldberg-Kraft
U. S. Department of Labor
Office of the Solicitor
Frances Perkins Building
Room N-2117
200 Constitution Avenue, N.W.
Washington, DC  20210
blls-sol@dol.gov

Joseph E. Wolfe
Wolfe, Williams, Rutherford & Reynolds
Attorneys and Counselors at Law
P. O. Box 625
Norton, VA  24273
jwolfe@wwrrlawfirm.com

*/s/* Kathy L. Snyder
*Counsel for the West Virginia CWP Fund,*
*as carrier for Pinnacle Mining Co., LLC*