# WOLFE WILLIAMS & REYNOLDS

ATTORNEYS AND COUNSELORS AT LAW

JOEY G. ARNOLD[1]
BRAD A. AUSTIN REYNOLDS[4]
DAVID S. BARY[2]
WILLIAMS
BOBBY S. BELCHER, JR.
W. ANDREW DELPH, JR.
[1] Member of TN and NC Bar
[2] Member of WV and VA Bar

470 PARK AVENUE ▪ P.O. BOX 625 ▪ NORTON, VIRGINIA 24273

TELEPHONE (276) 679-0777 ▪ FAX (276) 679-5919

www.wwrrlawfirm.com

All Attorneys Licensed in Virginia
Except as Noted

JASON T. MARSHALL[3]
P.HEITH
VERNON M.
JOSEPH E. WOLFE
[3] Member of TN Bar
[4] Member of KY and VA Bar

June 29, 2015

Ms. Patricia S. Connor, Clerk
United States Court of Appeals
For the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**RE: Case Nos: 14-1632 (11-0504-BLA),**
　　**Patricia Shrader and Director, Office of Workers' Compensation**
　　**Programs    v.    West Virginia CWP Fund/Pennacle Mining Company**

Dear Ms. Connor,

　　On June 22, 2015 the Respondent, Patricia Shrader, by counsel, sent his Motion for Attorney fees via email, to petitioner's counsel seeking fees for services rendered while this matter was before the United Stated Court of Appeals for the Fourth Circuit.

　　Please find attached our Joint Stipulation and proposed Order to be entered.

　　　　　　　　　　Sincerely yours,


　　　　　　　　　　/s/Joseph E. Wolfe
　　　　　　　　　　Joseph E. Wolfe,Esq.

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| WEST VIRGINIA CWP FUND ) <br> as a carrier for ) <br> PENNACLE MINING COMPANY ) <br>     Petitioner, ) <br> ) <br> ) <br> v. ) Nos.     14-1632 <br> )           (11-0504-BLA) <br> ) <br> ) <br> ) <br> PATRICIA SHRADER, ) <br>  and ) <br> DIRECTOR, OFFICE OF WORKERS' ) <br> COMPENSATION PROGRAMS, ) <br> ) <br>     Respondents. ) <br> ) | | |

_____
### **Joint Stipulation and Order**

The parties having stipulated to an agreed attorney fee of $1,812.50; the Court affirms and it is so Ordered that the amount is reasonable and shall be paid within 30 days of filing date.

      ENTER THIS ORDER on the _____ day of _____, 2015

                                                                                        _____

AGREED TO AND STIPULATED TO BY:

/s/ Joseph E. Wolfe                          /s/Kevin T. Gillen
Joseph E. Wolfe, Esq.                        Kevin T. Gillen
Wolfe Williams & Reynolds                    Jackson Kelly
Post Office Box 625                          150 Clay Street
Norton, VA 24273                             Suite 500
276-679-0777                                 PO BOX 619
*Counsel for Respondent,*                    Morgantown, WV 26507
*Patricia Shrader*                           *Counsel for Petitioner*
                                             *West Virginia CWP Fund/*
                                             *Pennacle Mining Company*

## CERTIFICATE OF SERVICE

I, Joseph E. Wolfe, certify that on June 29th, 2015, the foregoing document was served upon all parties or their counsel of record through the CM/ECF system.

/s/ Joseph E. Wolfe
Joseph E. Wolfe, Esq.
Wolfe Williams & Reynolds
Post Office Box 625
Norton, VA 24273
276-679-0777
*Counsel for Respondent,*
*Carles Dykes*
